IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

FEB - 7 2013

CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA  )
            )
VS.           )  CASE NO.:  3:12-CR-355-M (01)
            )
KENNETH WAYNE MIMS, JR.  )

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

KENNETH WAYNE MIMS, JR., by consent, under authority of United States v. Dees, 125

F.3d 261 (5th Cir. 1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has entered

a plea of guilty to Count(s) 2 of the Indictment.   After cautioning and examining  KENNETH

WAYNE MIMS, JR. under oath concerning each of the subjects mentioned in Rule 11, I determined

that the guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported

by an independent basis in fact containing each of the essential elements of such offense.  I therefore

recommend that the plea of guilty,  and the plea agreement,  be accepted,  and that KENNETH

WAYNE MIMS, JR. be adjudged guilty and have sentence imposed accordingly.

Date:   February 7, 2013

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days
from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge.  28 U.S.C. §636(b)(1)(B).